

FILED
NOV 18 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DOUGLAS HAAR, | CIV 08-4123 |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT A. CALLAHAN, M.D., | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

At the Motion and Pre-Trial Conference held on November 16, 2009, the Court heard argument on the various objections to the Magistrate Judge's Order on Motions granting Motion to Quash, (Doc. 39) and Denying Motions to Compel, (Doc. 43, 45, 47). After consideration of the file and argument from counsel,

IT IS ORDERED:

1. That the Court affirms Magistrate Judge Simko's rulings.

Dated this 17th day of November, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY _____
DEPUTY